UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SOUTHERN STAIRCASE OF NORTH CAROLINA, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JEFFREY E. NASLUND and ELEMENT STAIRS, INC., )<br>)<br>Defendants. ) | Case No. 3:08-cv-239-RJC |

**SCHEDULING ORDER**

Plaintiff Southern Staircase is seeking a temporary restraining order and/or a preliminary injunction precluding Defendant Naslund from breaching the non-compete, non-solicitation, and confidentiality provisions contained in Nasland's employment agreement. (Doc. No. 2).

The Court will schedule a hearing on the matter for Tuesday, June 17, 2008, at 10:00 a.m. Any response to the plaintiff's motion is due on June 12, 2008. Any further reply by the plaintiff will be due by noon on Monday, June 16.

The Clerk of Court is directed to serve copies of this Order to Jeffery E. Nasland at 2427 Mt. Isle Harbor Drive, Charlotte, North Carolina, 28214-5411; and to Element Stairs, Inc. at 2112 N. Davidson St., Charlotte, North Carolina, 28202.

**IT IS SO ORDERED.**

1

Signed: June 3, 2008

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
Chief United States District Judge