UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SOUTHERN STAIRCASE OF NORTH CAROLINA, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 3:08-cv-239-RJC ) |
| JEFFREY E. NASLUND and ELEMENT STAIRS, INC., | ) ) ) |
| Defendants. | ) ) ) |

**CONSENT ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

On May 23, 2008, Plaintiff Southern Staircase filed its Verified Complaint. It also filed pursuant to Federal Rule of Civil Procedure 65(b) a motion for a temporary restraining order and preliminary injunction restraining and enjoining Defendant Naslund, its former employee, from violating the noncompete, nonsolicitation and nondisclosure provisions contained in his employment agreement. (Doc. No. 2). Although the Court had scheduled a hearing on the plaintiff's motion, the parties, have agreed to forego a hearing on that motion and consent to the following preliminary injunctive relief that the Court hereby grants:

1. Defendant Nalsund is enjoined and restrained from working either directly or indirectly in a sales capacity for Element Stairs, Inc. or any other company engaged in the business of selling and/or installing stairs or stair parts in the North and South Carolina counties of Mecklenburg, Cabarrus, Chatham, Gaston, Lancaster, Lincoln, Iredell, Union and York.

2. Defendant Naslund is enjoined and restrained from directly or indirectly soliciting or

1

marketing stairs, stair parts, and/or stair installation services to Southern Staircase customers. For purposes of this paragraph, "Southern Staircase customers" are those that were a customer of Southern Staircase during the term of Defendant Naslund's employment with the company and that are located within the North and South Carolina counties of Mecklenburg, Cabarrus, Chatham, Gaston, Lancaster, Lincoln, Iredell, Union and York.

3. Defendant Naslund is enjoined and restrained from directly or indirectly utilizing and disclosing Southern Staircase's confidential and trade secret information.

4. The preliminary injunctive relief contained in paragraph numbers 1 and 2 above shall remain in full force and effect until October 23, 2008, or until otherwise extended or set aside by the Court.

**IT IS SO ORDERED.**

Signed: June 17, 2008

Robert J. Conrad, Jr.
Chief United States District Judge